ORDERED.

Dated:  January 02, 2019

_____
Paul M. Glenn
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                  Case No.:  3:18-bk-02945-PMG
RODNEY K. RIETTIE and
JESSICA RIETTIE,

          Debtors.
_____/

**ORDER SUSTAINING DEBTORS' OBJECTION TO**
**CLAIM TWO (2) OF PATRICK GIBSON**

      This case is before the Court on the Debtors' Objection to Claim Two (2) Filed by Creditor Patrick Gibson ("Gibson").  No objections having been filed after notice to Gibson, pursuant to M.D. FLA. L.B.R. 2002-4 on November 26, 2018, it is

      **ORDERED:**

      1.     The Debtors' Objection to Claim Two (2) filed by Creditor Patrick Gibson is sustained.

      2.     Claim Two (2) is disallowed in its entirety.

Attorney Jerrett M. McConnell is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.